ACCEPTED
03-13-00852-CR
4804733
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 11:17:27 AM
JEFFREY D. KYLE
CLERK

## NO. 03-13-00852-CR

| | | |
|---|---|---|
| **GREGORY LOPEZ** | § | **IN THE THIRD** FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **V.** | § | **DISTRICT COURT OF** 4/8/2015 11:17:27 AM |
| | | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** Clerk |

## <u>STATE'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF</u>

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 12 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was sentenced in Cause Number CR2012-396 in the 207th Judicial District Court of Comal County, Texas, on October 21, 2013, for the offense of Continuous Sexual Abuse of a Young Child. Appellant's brief was initially due by July 2, 2014. A notice of late brief was sent by this Court on August 12, 2014. Appellant filed a motion for extension of time to file his brief – until September 18, 2014 – which was granted by this Court. Subsequently, this Court granted Appellant's second motion for extension to file his brief and ordered that his brief be filed by November 17, 2014. Again, Appellant's brief was not timely filed. On December 4, 2014, this Court abated the appeal and remanded this case to the trial court for further proceedings. Eventually, Appellant's brief was filed on December

1

31, 2014. After receiving two previous extensions, Appellee's brief is currently due on April 1, 2015.

## II.

Mr. Sammy McCrary, the attorney for the State at trial, is handling this case on appeal. In addition to Mr. McCrary's normally heavy caseload as Chief Felony Prosecutor, our county offices have recently had issues with internet access, complicating research related to appellate and everyday work. Mr. McCrary and other individuals in the office have had to work from home at times. Mr. McCrary has almost completed his brief, and hopes to file it within a day or so. Accordingly, the State respectfully requests a 12-day extension from the current April 1st deadline – to April 13th – to submit its brief. This is the third extension sought by Appellee, and no more extensions will be requested.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 12 days, until April 13, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

3

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant GREGORY LOPEZ's attorney of record in this matter:

> David K. Sergi
> david@sergilaw.com
> David K. Sergi & Associates, P.C.
> P.O. Box 887
> San Marcos, TX 78666
> Attorney for Appellant on Appeal

By electronically sending it to his above-listed email address through efile.txcourts.gov, this the 8th day of April, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**